UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DEBRA AUGER,
    Plaintiff,

v.                                      C.A. No. 09-622 S

MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on February 3, 2011, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion to Reverse with a Remand for rehearing the Commissioner's Final Decision is hereby GRANTED and Defendant's Motion for an Order Affirming the Decision of the Commissioner is hereby DENIED. Further, the matter is hereby REMANDED to the Commissioner for rehearing.

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 3/4/11